STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 010019
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
Attorneys for Defendants, Clark County, Jeff Wells,
Yolanda King, Sandy Jeantete and Don Burnette

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN CALE-POWELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY, a political subdivision of the State of Nevada; JEFF WELLS, an individual; YOLANDA KING, an individual; SANDY JEANTETE, an individual; DON BURNETTE, an individual; DOES I-X, <br><br> Defendants. | Case No:  2:19-cv-00981-JCM-NJK |

**STIPULATION AND ORDER TO EXTEND DEFENDANTS, CLARK COUNTY, JEFF WELLS, YOLANDA KING, SANDY JEANTETE AND DON BURNETTE'S DEADLINE FOR FILING ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff KAREN CALE-POWELL and Defendants, CLARK COUNTY, JEFF WELLS, YOLANDA KING, SANDY JEANTETE AND DON BURNETTE ("CLARK COUNTY"), by and through their respective counsel of record, stipulate that the deadline for CLARK COUNTY to file an Answer or otherwise respond to Plaintiff's Complaint dated June 10, 2019 be extended from the present due date of Tuesday July 2, 2019 to Monday July 22, 2019. The request for the extension of time to file an Answer or otherwise respond to the Complaint was made by Counsel for CLARK COUNTY as Counsel was away from the office on a pre-planned trip. Defense counsel will need to gather information regarding the claims in the Complaint to appropriately respond to that Complaint. Accordingly, the

requested extension provides twenty (21) days after Counsel for CLARK COUNTY returns to work to review all of the information gathered regarding the claims and to file an Answer or otherwise respond to this Complaint. This is the first request for an extension by CLARK COUNTY.

DATED: June 28, 2019

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ *Scott R. Davis*
    SCOTT R. DAVIS
    Deputy District Attorney
    State Bar No. 010019
    500 South Grand Central Pkwy. 5th Flr.
    Las Vegas, Nevada 89155-2215
    *Attorneys for Defendants, Clark County, Jeff Wells, Yolanda King, Sandy Jeantete and Don Burnette*

DATED: June 28, 2019

THE URBAN LAW FIRM

By: /s/ *Michael A. Urban*
    Michael A. Urban, Esq.
    4270 S. Decatur Blvd., Suite A-9
    Las Vegas, NV 89103
    *Attorney for Plaintiff*

# **O R D E R**

IT IS SO ORDERED. Dated: July 1, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ *Scott R. Davis*
    SCOTT R. DAVIS
    Deputy District Attorney
    State Bar No. 010019
    500 South Grand Central Pkwy. 5th Flr.
    Las Vegas, Nevada 89155-2215
    *Attorneys for Defendants, Clark County, Jeff Wells, Yolanda King, Sandy Jeantete and Don Burnette*