STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 010019
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
Phone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
Attorneys for Defendants *Clark County, Jeff Wells,
Yolanda King, Sandy Jeantete,* and *Don Burnette*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN CALE-POWELL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JEFF WELLS, an individual; YOLANDA KING, an individual; SANDY JEANTETE, an individual; DON BURNETTE, an individual; DOES I-X ,<br><br>　　　　　Defendants. | Case No:　　2:19-cv-00981-JCM-NJK<br><br>**REQUEST FOR EXEMPTIONS FROM ENE ATTENDANCE REQUIREMENT** |

TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, Honorable Brenda Weksler, United States Magistrate Judge;

TO: KAREN CALE-POWELL, Plaintiff;

TO: MICHAEL URBAN Esq., her attorney:

Defendants CLARK COUNTY, JEFF WELLS, YOLANDA KING, SANDY JEANTETE and DON BURNETTE through their attorney STEVEN B. WOLFSON, District Attorney, by Scott Davis, Deputy District Attorney, in accordance with the Order Scheduling Early Neutral Evaluation Session (ECF # 13), request exemptions to the attendance requirements set forth therein as follows:

The authority of the Court to schedule an Early Neutral Evaluation ("ENE") is found in LR 16-6. The issue of representation by a public body defendant at a settlement conference was addressed by the Advisory Committee to the Federal of Rules of Civil Procedure in 1993. The Advisory Committee noted with regard to ordering the appearance of a governmental entity, as follows:

> Particularly in litigation in which governmental agencies or large amounts of money are involved, there may be no one with on-the-spot settlement authority, and the most that should be expected is **access to a person who would have a major role in submitting a recommendation to the body** or board with ultimate decision-making authority. The selection of the appropriate representative should ordinarily be left to the party and its counsel.

Advisory Committee Note to 1993 Amendments to Fed. R. Civ. P. 16(c)(9) (emphasis added.)

In this case, a seven-member Board of County Commissioners for Clark County has the ultimate authority to settle the case on behalf of Clark County. Defendant Clark County requests exception from attendance by the Board of County Commissioners pursuant to LR 16-6(e). Les Lee Shell, the Risk Manager for Clark County is the appropriate representative and will attend the ENE. In addition, Clark County Human Resources Manager Sandy Jeantete and Clark County Assistant County Manager Jeff Wells will be in attendance on behalf of Clark County.

In addition representation to the individual defendants is being provided by Clark County pursuant to NRS 41.0349. This section provides for indemnification. On these grounds it is not necessary for Defendants Burnette and King to attend as any financial considerations relative to settlement will be made by Clark County and the representatives of Clark County who will be in attendance.

///
///
///
///

## CONCLUSION

Based upon the foregoing, Defendants request an exception to the attendance requirements for the ENE to excuse the attendance of the Clark County Board of County Commissioners and to excuse the attendance of the Defendants Burnette and King. The appropriate personnel from Clark County for settlement discussions will be in attendance at the ENE.

DATED this 2nd day of August 2019.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ Scott R. Davis
SCOTT R. DAVIS
Deputy District Attorney
State Bar No. 010019
500 South Grand Central Pkwy. 5th Flr.
Las Vegas, Nevada 89155-2215
Attorneys for Defendants *Clark County, Jeff Wells, Yolanda King, Sandy Jeantete,* and *Don Burnette*

**IT IS SO ORDERED**

**DATED: August 14, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that I am an employee of the Office of the Clark County District Attorney and that on this 2nd day of August, 2019, I served a true and correct copy of the foregoing **Request for Exemptions From ENE Attendance Requirement** (United States District Court Pacer System or the Eighth Judicial District Court Wiznet), by e-mailing the same to the following recipients. Service of the foregoing document by e-mail is in place of service via the United States Postal Service.

> THE URBAN LAW FIRM
> Michael A. Urban, Esq.
> 4270 S. Decatur Blvd., Suite A-9
> Las Vegas, NV 89103
> Email: murban@theurbanlawfirm.com
> *Attorney for Plaintiff*

                                                */s/ Aisha A. Rincon*
                                                An Employee of the Clark County District Attorney's Office – Civil Division