# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN CALE-POWELL,<br>　　　Plaintiff(s),<br>v.<br>CLARK COUNTY, et al.,<br>　　　Defendant(s). | Case No.: 2:19-cv-00981-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than September 13, 2019.

IT IS SO ORDERED.

Dated: September 9, 2019

_____
Nancy J. Koppe
United States Magistrate Judge