# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KAREN CALE-POWELL,

    Plaintiff(s),

v.

CLARK COUNTY, et al.,

    Defendant(s).

Case No.: 2:19-cv-00981-JCM-NJK

**ORDER**

(Docket No. 24)

Pending before the Court is the parties' discovery plan. Docket No. 24. For the reasons stated below, the discovery plan is **DENIED**.

The presumptively reasonable discovery period is 180 days, measured from the date of the first appearance of any defendant. Local Rule 26-1(b)(1). Defendant Clark County filed a motion to dismiss on July 22, 2019; therefore, the presumptively reasonable discovery cut-off is measured from that date.

If the parties seek deadlines beyond those specified in Local Rule 26-1(b)(1), their discovery plan must comply with Local Rule 26-1(a). The parties must submit a discovery plan that complies with Local Rule 26-1, no later than September 18, 2019.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1