STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 10019
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
Attorneys for *Clark County, Jeff Wells*
*Yolanda King, Sandy Jeantete* and *Don Burnette*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KAREN CALE-POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2:19-cv-00981-JCM-NJK |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION AND ORDER FOR** |
| CLARK COUNTY, a political subdivision of | ) | **DISMISSAL WITH PREJUDICE** |
| the State of Nevada; JEFF WELLS, an | ) | |
| individual; YOLANDA KING, an individual; | ) | |
| SANDY JEANTETE, individual; DON | ) | |
| BURNETTE, an individual; DOES I-X,, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed by and between the parties and respective counsel

that the above-entitled action be dismissed with prejudice,

…

…

…

…

…

…

…

…

each party to bear its own attorneys' fees and costs.

Dated this 21st day of October 2019.          Dated this 21st day of October 2019.


  /s/ Michael Urban                                    /s/ Scott Davis
MICHAEL URBAN, ESQ.                        STEVEN B. WOLFSON
Urban Law Firm                                     District Attorney
4270 S. Decatur Blvd., Ste. A-9              SCOTT DAVIS
Las Vegas, Nevada 89103                      Deputy District Attorney
Attorney for Plaintiff *Karen Cale-Powell*    500 S. Grand Central Pkwy. Ste. 5075
                                                            Las Vegas, Nevada 89155
                                                            Attorney for Defendants *Clark*
                                                            *County, Jeff Wells, Sandy Jeantete,*
                                                            *Don Burnette* and *Yolanda King*

## **ORDER**

IT IS SO ORDERED.

Dated October 23, 2019.



_____
UNITED STATES DISTRICT COURT JUDGE